IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:                                          *        BKRTCY. NO. 16-04961/MCF
                                                *
**CARLOS MEDINA CENTENO**                       *
                                                *        CHAPTER 13
DEBTOR                                           *
========================================        *

### NOTICE OF RE-SCHEDULING OF 341 MEETING OF CREDITORS

TO THE HONORABLE COURT:

**COME NOW**, CARLOS MEDINA CENTENO, debtor in the above captioned case, through the undersigned attorney and very respectfully state and pray:

1.  That the 341 Meeting of Creditors has been re-scheduled for August 22, 2016 at 10:30am at 341 Meeting Room, Ochoa Building, 500 Tanca Street, First Floor, San Juan.

### NOTICE TO CREDITORS AND PARTIES IN INTEREST

**NOTICE IS HEREBY GIVEN**, that the 341 Meeting of Creditors has been re-scheduled for August 22, 2016 at 10:30am, you are hereby notified that you may attend the meeting and examine the debtors.

**I CERTIFY** that on this same date a copy of this motion has been electronically filed with the Clerk of the Court using the CM/ECF system which will sent notification of such filing to Chapter 13 Trustee; and also certify that I have mailed by United State Postal Service copy of this motion to the following non CM/ECF participant debtor, Carlos Medina Centeno; and to all creditors and parties in interest in the above captioned case.

**RESPECTFULLY SUBMITTED**.  In San Juan, Puerto Rico, this 18th day of July, 2016.

*/s/ Roberto A. Figueroa Colón*
ROBERTO A. FIGUEROA COLON
USDC #300105
FIGUEROA & SERRANO, PSC
PO BOX 1635
GUAYNABO PR  00970-1635
TEL NO. (787) 744-7699

abel Matrix for local noticing          US Bankruptcy Court District of PR          ASOME
104-3                                     Jose V Toledo fed Bldg & US Courthouse      PO Box 11218
ase 16-04961-MCF13                        300 Recinto Sur Street, Room 109            San Juan, PR  00910-2318
istrict of Puerto Rico                    San Juan, PR 00901-1964
ld San Juan
on Jul 18 16:06:39 AST 2016

SUME-LAURA AVILES BIRRIEL                 Att Services                               Cingular/at&T
D BOX 71316 SAN JUAN PR 00936-8416        PO Box 192830                              AT&T/C/O Midland Bankruptcy
                                          San Juan, PR  00919-2830                   5407 Andrews Hwy
                                                                                     Midland, TX  79706-2851

oop A/C Aguadilla                         Dish                                       FIRST BANK
D Box 541                                 9601 S Meridian Blvd                       CONSUMER SERVICE CENTER
quadilla, PR  00605-0541                  Englewood, CO 80112-5905                   BANKRUPTCY DIVISION - CODE 248
                                                                                     PO BOX 9146, SAN JUAN PR 00908-0146

aternal Revenue Service                   Island Finance                            LAURA ELISA AVILES BIRRIEL
D Box 7346                                PO Box 71504                               EXT SAN ANTONIO ST 5 F35
aladelphia, PA  19101-7346                San Juan, PR  00936-8604                   CAGUAS PR 00725

iberty Cablevision of PR                  Midland Funding                           (p)SPRINT NEXTEL CORRESPONDENCE
D Box 192296                              2365 Northside Dr                          ATTN BANKRUPTCY DEPT
an Juan, PR  00919-2296                   San Diego, CA  92108-2709                  PO BOX 7949
                                                                                     OVERLAND PARK KS 66207-0949

ynchrony Bank                             ALEJANDRO OLIVERAS RIVERA                  CARLOS MEDINA CENTENO
/o of Recovery Management Systems Corp    ALEJANDRO OLIVERAS CHAPTER 13 TRUS         ALTURAS DEL TURABO II 14 CALLE 600
5 S.E. 2nd Avenue, Suite 1120             PO BOX 9024062                             CAGUAS, PR 00725
iami, FL 33131-1605                       SAN JUAN, PR 00902-4062

ONSITA LECAROZ ARRIBAS                    ROBERTO ARISTIDES FIGUEROA-COLON
FFICE OF THE US TRUSTEE (UST)             FIGUEROA & SERRANO, PSC
CHOA BUILDING                             PO BOX 1635
D0 TANCA STREET  SUITE 301                GUAYNABO, PR 00970-1635
AN JUAN, PR 00901


              The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
              by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


print                                     End of Label Matrix
D Box 4191                                Mailable recipients      19
arol Stream, IL  60197-4191               Bypassed recipients       0
                                          Total                    19