IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

CARLOS MEDINA CENTENO

DEBTOR

CASE NO 16-04961-MCF

CHAPTER 13

## NOTICE OF FILING OF AMENDED CHAPTER 13 PLAN AND CERTIFICATE OF SERVICE

**TO THE HONORABLE COURT:**

**NOW COMES, CARLOS MEDINA CENTENO**, debtor in the above captioned case, through the undersigned attorney, and very respectfully states and prays:

1. The debtor is hereby submitting a proposed amended Plan, dated November 29, 2016, herewith and attached to this motion.

2. This proposed amended Plan is filed to increase the Plan base in order to cure the "insufficiently funded" issue raised by the Trustee in his unfavorable recommendation (docket #23).

**WHEREFORE** debtor respectfully requests the confirmation of the requested amended Plan, dated November 29, 2016.

**I CERTIFY** that on this same date a copy of this notice was sent via electronically with the Clerk of the Court using CM/ECF systems which will send notifications of such to the Chapter 13 Trustee; and also certify that I have mailed by United States Postal Service copy of this motion to the following non CM/ECF participants: debtor in the above captioned case, and to all creditors and parties in interest appearing in the master address list, hereby attached.

**RESPECTFULLY SUBMITTED**. In San Juan, Puerto Rico, this 29th day of November, 2016.

/s/ *Roberto A. Figueroa Colón*
ROBERTO A. FIGUEROA COLON
USDC #300105
FIGUEROA & SERRANO, PSC
PO BOX 1635
GUAYNABO PR 00970-1635
TEL. NO. (787) 744-7699

United States Bankruptcy Court
District of Puerto Rico, San Juan Division

IN RE:                                                            Case No. **3:16-bk-4961**

**MEDINA CENTENO, CARLOS**                                        Chapter **13**
Debtor(s)

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☐ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: _____     ☑ AMENDED PLAN DATED: **11/29/2016**
☐ PRE  ☐ POST-CONFIRMATION                 Filed by: ☑ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

$ __500.00__ x __12__ = $ __6,000.00__
$ __506.00__ x __48__ = $ __24,288.00__
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____

TOTAL: $ __30,288.00__

Additional Payments:
$ _____ to be paid as a LUMP SUM within _____ with proceeds to come from:

☐ Sale of Property identified as follows:
_____

☐ Other:
_____

Periodic Payments to be made other than, and in addition to the above:
$ _____ x _____ = $ _____

PROPOSED BASE: $ __30,288.00__

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ __2,868.00__

Signed: **/s/ CARLOS MEDINA CENTENO**
        Debtor

        _____
        Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ____ $ _____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☐ Trustee pays secured ARREARS:
Cr. _____      Cr. _____      Cr. _____
# _____        # _____        # _____
$ _____        $ _____        $ _____
2. ☑ Trustee pays IN FULL Secured Claims:
Cr. **Firstbank Puerto Ric**  Cr. _____   Cr. _____
# **Claim 1-1**             # _____      # _____
$ __15,559.78__             $ _____      $ _____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____      Cr. _____      Cr. _____
# _____        # _____        # _____
$ _____        $ _____        $ _____
4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:
_____
5. ☐ Other: _____
6. ☐ Debtor otherwise maintains regular payments directly to: _____

C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
              ☐ Paid 100% / ☐ Other: _____
Cr. _____      Cr. _____      Cr. _____
# _____        # _____        # _____
$ _____        $ _____        $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: (*Executory contracts; payment of interest to unsecureds, etc.*)
* After confirmation of Plan Trustee will pay Firstbank PR (POC 1-1) concurrently with attorney's fees in a 50/50% basis; once attorney's fees are paid in full the Trustee will pay Firstbank PR (POC 1-1) ahead any other secured claim.
* Debtor to provide Adequate Protection Payments to Firstbank Puerto Rico through the Trustee in the sum $277 per month until confirmation, and to be paid retroactively since petition date.
* Debtor to provide auto insurance (Eastern America Insurance Company) upon maturity to Firstbank Puerto Rico through Chapter 13 Plan.
* Late filed claims filed by creditors will receive no distribution.
* Debtor reserves the right to object claims after Plan confirmation.
* ASUME: arrears ($7,926.78) will be paid through the Trustee. Debtor to continue making current direct payments to ASUME.

Attorney for Debtor **Figueroa & Serrano, PSC**                Phone: **(787) 744-7699**

CHAPTER 13 PAYMENT PLAN

© 2016 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

```
Label Matrix for local noticing        COOP. AGUADILLA                        FIRSTBANK PR
0104-3                                  PO BOX 541                             PO BOX  9146
Case 16-04961-MCF13                     AGUADILLA, PR 00605-0541               SAN JUAN, PR 00908-0146
District of Puerto Rico
Old San Juan
Tue Nov 29 14:35:10 AST 2016

US Bankruptcy Court District of P.R.    ASUME                                  ASUME-LAURA AVILES BIRRIEL
Jose V Toledo Fed Bldg & US Courthouse  PO Box 11218                           PO BOX 71316 SAN JUAN PR 00936-8416
300 Recinto Sur Street, Room 109        San Juan, PR  00910-2318
San Juan, PR 00901-1964

Att Services                            CREDITONE, LLC                         Cingular/at&T
PO Box 192830                           P.O. BOX 625                           AT&T/C/O Midland Bankruptcy
San Juan, PR  00919-2830                METAIRIE, LA 70004-0625                5407 Andrews Hwy
                                                                               Midland, TX  79706-2851

Coop A/C Aguadilla                      Dish                                   FIRST BANK
PO Box 541                              9601 S Meridian Blvd                   CONSUMER SERVICE CENTER
Aguadilla, PR  00605-0541               Englewood, CO 80112-5905               BANKRUPTCY DIVISION - CODE 248
                                                                               PO BOX 9146, SAN JUAN PR 00908-0146

Internal Revenue Service                Island Finance                         LAURA ELISA AVILES BIRRIEL
PO Box 7346                             PO Box 71504                           EXT SAN ANTONIO ST 5 F35
Philadelphia, PA  19101-7346            San Juan, PR  00936-8604               CAGUAS PR 00725

LVNV Funding, LLC its successors and assigns   LVNV Funding, LLC its successors and assigns   Liberty Cablevision of PR
assignee of Citibank (South Dakota),    assignee of Household Bank (SB), N.A.  PO Box 192296
N.A.                                    Resurgent Capital Services             San Juan, PR  00919-2296
Resurgent Capital Services              PO Box 10587
PO Box 10587                            Greenville, SC 29603-0587
Greenville, SC 29603-0587

MIDLAND FUNDING LLC                     Midland Funding                        (p)SPRINT NEXTEL CORRESPONDENCE
PO Box 2011                             2365 Northside Dr                      ATTN BANKRUPTCY DEPT
Warren, MI 48090-2011                   San Diego, CA  92108-2709              PO BOX 7949
                                                                               OVERLAND PARK KS 66207-0949

Synchrony Bank                          ALEJANDRO OLIVERAS RIVERA              CARLOS MEDINA CENTENO
c/o of Recovery Management Systems Corp ALEJANDRO OLIVERAS CHAPTER 13 TRUS     ALTURAS DEL TURABO II 14 CALLE 600
25 S.E. 2nd Avenue, Suite 1120          PO BOX 9024062                         CAGUAS, PR 00725
Miami, FL 33131-1605                    SAN JUAN, PR 00902-4062

MONSITA LECAROZ ARRIBAS                 ROBERTO ARISTIDES FIGUEROA-COLON
OFFICE OF THE US TRUSTEE (UST)          FIGUEROA & SERRANO, PSC
OCHOA BUILDING                          PO BOX 1635
500 TANCA STREET  SUITE 301             GUAYNABO, PR 00970-1635
SAN JUAN, PR 00901
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Sprint
PO Box 4191
Carol Stream, IL 60197-4191

End of Label Matrix
Mailable recipients 25
Bypassed recipients 0
Total 25