IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

CARLOS MEDINA CENTENO

DEBTOR

CASE NO 16-04961-MCF

CHAPTER 13

## NOTICE OF FILING OF AMENDED CHAPTER 13 PLAN AND CERTIFICATE OF SERVICE

**TO THE HONORABLE COURT:**

**NOW COMES, CARLOS MEDINA CENTENO**, debtor in the above captioned case, through the undersigned attorney, and very respectfully states and prays:

1. The debtor is hereby submitting a proposed amended Plan, dated December 2, 2016, herewith and attached to this motion.

2. This proposed amended Plan is filed to increase the Plan base in order to cure the "insufficiently funded" issue raised by the Trustee in his unfavorable recommendation (docket #23).

**WHEREFORE** debtor respectfully requests the confirmation of the requested amended Plan, dated December 2, 2016.

**I CERTIFY** that on this same date a copy of this notice was sent via electronically with the Clerk of the Court using CM/ECF systems which will send notifications of such to the Chapter 13 Trustee; and also certify that I have mailed by United States Postal Service copy of this motion to the following non CM/ECF participants: debtor in the above captioned case, and to all creditors and parties in interest appearing in the master address list, hereby attached.

**RESPECTFULLY SUBMITTED.** In San Juan, Puerto Rico, this 2nd day of December, 2016.

/s/ Roberto A. Figueroa Colón
ROBERTO A. FIGUEROA COLON
USDC #300105
FIGUEROA & SERRANO, PSC
PO BOX 1635
GUAYNABO PR 00970-1635
TEL. NO. (787) 744-7699

United States Bankruptcy Court
District of Puerto Rico, San Juan Division

IN RE:  Case No. **3:16-bk-4961**

**MEDINA CENTENO, CARLOS**  Chapter **13**
Debtor(s)

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☐ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: _____
☐ PRE ☐ POST-CONFIRMATION

☑ AMENDED PLAN DATED: **12/02/2016**
Filed by: ☑ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

$ **500.00** x **12** = $ **6,000.00**
$ **520.00** x **48** = $ **24,960.00**
$ ____ x ____ = $ ____
$ ____ x ____ = $ ____
$ ____ x ____ = $ ____

TOTAL: $ **30,960.00**

Additional Payments:
$ ____ to be paid as a LUMP SUM within ____ with proceeds to come from:

☐ Sale of Property identified as follows:
_____
_____

☐ Other:
_____
_____

Periodic Payments to be made other than, and in addition to the above:
$ ____ x ____ = $ ____

PROPOSED BASE: $ **30,960.00**

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ **2,868.00**

Signed: **/s/ CARLOS MEDINA CENTENO**
Debtor

_____
Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ____ $ ____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☐ Trustee pays secured ARREARS:
Cr. ____ Cr. ____ Cr. ____
# ____ # ____ # ____
$ ____ $ ____ $ ____
2. ☑ Trustee pays IN FULL Secured Claims:
Cr. **Firstbank Puerto Ric** Cr. ____ Cr. ____
# **Claim 1-1** # ____ # ____
$ **15,559.78** $ ____ $ ____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. ____ Cr. ____ Cr. ____
# ____ # ____ # ____
$ ____ $ ____ $ ____
4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:
_____
5. ☐ Other: _____
6. ☐ Debtor otherwise maintains regular payments directly to:
_____

C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: ____
☐ Paid 100% / ☐ Other: ____
Cr. ____ Cr. ____ Cr. ____
# ____ # ____ # ____
$ ____ $ ____ $ ____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: (*Executory contracts; payment of interest to unsecureds, etc.*)
* After confirmation of Plan Trustee will pay Firstbank PR (POC 1-1) concurrently with attorney's fees in a 50/50% basis; once attorney's fees are paid in full the Trustee will pay Firstbank PR (POC 1-1) ahead any other secured claim.
* Debtor to provide Adequate Protection Payments to Firstbank Puerto Rico through the Trustee in the sum $277 per month until confirmation, and to be paid retroactively since petition date.
* Debtor to provide auto insurance (Eastern America Insurance Company) upon maturity to Firstbank Puerto Rico through Chapter 13 Plan.
* Late filed claims filed by creditors will receive no distribution.
* Debtor reserves the right to object claims after Plan confirmation.
* ASUME: arrears ($7,926.78) will be paid through the Trustee. Debtor to continue making current direct payments to ASUME.

Attorney for Debtor **Figueroa & Serrano, PSC**  Phone: **(787) 744-7699**

CHAPTER 13 PAYMENT PLAN

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0104-3<br>Case 16-04961-MCF13<br>District of Puerto Rico<br>Old San Juan<br>Fri Dec  2 12:52:01 AST 2016 | COOP. AGUADILLA<br>PO BOX 541<br>AGUADILLA, PR 00605-0541 | FIRSTBANK PR<br>PO BOX 9146<br>SAN JUAN, PR 00908-0146 |
| US Bankruptcy Court District of P.R.<br>Jose V Toledo Fed Bldg & US Courthouse<br>300 Recinto Sur Street, Room 109<br>San Juan, PR 00901-1964 | ASUME<br>PO Box 11218<br>San Juan, PR  00910-2318 | ASUME-LAURA AVILES BIRRIEL<br>PO BOX 71316 SAN JUAN PR 00936-8416 |
| Att Services<br>PO Box 192830<br>San Juan, PR  00919-2830 | CREDITONE, LLC<br>P.O. BOX 625<br>METAIRIE, LA 70004-0625 | Cingular/at&T<br>AT&T/C/O Midland Bankruptcy<br>5407 Andrews Hwy<br>Midland, TX  79706-2851 |
| Coop A/C Aguadilla<br>PO Box 541<br>Aguadilla, PR  00605-0541 | Dish<br>9601 S Meridian Blvd<br>Englewood, CO 80112-5905 | FIRST BANK<br>CONSUMER SERVICE CENTER<br>BANKRUPTCY DIVISION - CODE 248<br>PO BOX 9146, SAN JUAN PR 00908-0146 |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA  19101-7346 | Island Finance<br>PO Box 71504<br>San Juan, PR  00936-8604 | LAURA ELISA AVILES BIRRIEL<br>EXT SAN ANTONIO ST 5 F35<br>CAGUAS PR 00725 |
| LVNV Funding, LLC its successors and assigns<br>assignee of Citibank (South Dakota),<br>N.A.<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | LVNV Funding, LLC its successors and assigns<br>assignee of Household Bank (SB), N.A.<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Liberty Cablevision of PR<br>PO Box 192296<br>San Juan, PR  00919-2296 |
| MIDLAND FUNDING LLC<br>PO Box 2011<br>Warren, MI 48090-2011 | Midland Funding<br>2365 Northside Dr<br>San Diego, CA  92108-2709 | (p)SPRINT NEXTEL CORRESPONDENCE<br>ATTN BANKRUPTCY DEPT<br>PO BOX 7949<br>OVERLAND PARK KS 66207-0949 |
| Synchrony Bank<br>c/o of Recovery Management Systems Corp<br>25 S.E. 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 | ALEJANDRO OLIVERAS RIVERA<br>ALEJANDRO OLIVERAS CHAPTER 13 TRUS<br>PO BOX 9024062<br>SAN JUAN, PR 00902-4062 | CARLOS MEDINA CENTENO<br>ALTURAS DEL TURABO II 14 CALLE 600<br>CAGUAS, PR 00725 |
| MONSITA LECAROZ ARRIBAS<br>OFFICE OF THE US TRUSTEE (UST)<br>OCHOA BUILDING<br>500 TANCA STREET SUITE 301<br>SAN JUAN, PR 00901 | ROBERTO ARISTIDES FIGUEROA-COLON<br>FIGUEROA & SERRANO, PSC<br>PO BOX 1635<br>GUAYNABO, PR 00970-1635 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Sprint
PO Box 4191
Carol Stream, IL  60197-4191

End of Label Matrix
Mailable recipients    25
Bypassed recipients     0
Total                  25